Pg. 1

| Date | Pleading Number | |
|---|---|---|
| 9/20/71 | 1. | NATIONAL FARMERS ORGANIZATION motion to transfer the action pending in the W.D. Wisc. 71-C-467 to the W.D. Missouri with the W.D. Missouri action 19191-1 pursuant to 28 U.S.C. §1407 for consolidated pretrial proceedings. Certificate of service. Supporting breif not filed - advised counsel it was needed. |
| 9/27/71 | 2 | NATIONAL FARMERS ORGANIZATION - Brief in Support of Motion w/ certificate of service. |
| 9/28/71 | | HEARING ORDER- October 29, 1971, San Francisco Calif. A-1 and A-2. Notified Counsel and involved judges. |
| 9/29/71 | | MARKETING ASSISTANCE PLAN, INC. ET AL. V. ASSOC. MILK PRODUCERS S.D. Texas CA 71-H-841 - HEARING ORDER, ORDER TO SHOW CAUSE Set for October 29, 1971, San Francisco, Calif. Notified Counsel, involved judge. |
| 10-1-71 | | ASSOCIATED MILK PRODUCERS, INC. request for an extension of time ORDER entered extending Associated Milk Producers, Inc. time to and including Oct. 7, 1971 time in which to file and serve response to motion. |
| 10/4/71 | 3 | Plaintiffs (ALEXANDER, ET AL.) Response of Plaintiffs to Motion to transfer, Brief in Opposition to Motion to transfer w/certificate of service |
| 10/6/71 | 4 | ASSOCIATED RESERVE STANDBY POOL COOPERATIVE (Defendant) Response to Motion. and Response of Counterclaim Defendant ASSOCIATED RESERVE STANDBY POOL COOPERATIVE regarding the Alexander action to Motion to Transfer w/certificate of service. |
| 10/7/71 | 5 | CENTRAL MIL PRODUCERS COOPERATIVE (defendant) Brief in Opposition to Motion to transfer w/certificate of service. |
| 10/7/71 | 6 | ASSOCIATED MILK PRODUCERS, INC. (Counter Claim Defendant Missouri Case) and PURE MILK PRODUCTS COOPERATIVE AND ASSOCIATED MILKER PRODUCERS (Wisconsin Case Plaintiffs) BRIEF and Memorandum to Motion to transfer w/certificate of service |
| 10/8/71 | | SUN TEX DAIRY V. ASSOC. MILK PRODUCERS, INC., ET AL., S.D.TEX 71 B-26 SOUTH TEXAS IND. MILK PROD. ASSOC. V. ASSOC. MILK PROD., INC. S.D.TEX 71 B-27 - Order to show cause and hearing order entered today. Notified counsel and involved judges. |
| 10/12/71 | 7. | PURE MILK COOPERATIVES., Brief in Opposition to Motion. |
| 10/14/71 | | Marketing Assistance Plan, Inc. - Request for Ext. to & incl. 10/22/71 |
| 10/14/71 | | EXT. OF TIME TO MARKETING ASSISTANCE PLAN to respond to SCO & HO. |
| 10/14/71 | 8. | PLTF. ROBERT B. ALEXANDER Brief opposing consolidation response to motion |
| 10/14/71 | 9. | DEF. ASSOCIATED RESERVE STANDBY POOL COOPERATIVE response to SCO & HO regarding Marketing Assistance Plan., S.D. Tex., CA 71-H-841. (favoring) w/supporting brief |
| 10/14/71 | 10. | DEF. ASSOCIATED MILK PRODUCERS, INC. Response to Show Cause Order. |
| 10/20/71 | | SUN TEX DAIRY V. ASSOC. MILK PRODUCERS, S.D.TEX., 71-B-26 STIMPA V. AMPI, S.D. TEX., 71-B-27 Request for extension of time to 10/22/71 to file and serve response to SCO ORDER entered extending plaintiff (Sun Tex & South Texas Ind. Milk) time to responde to SCO to 10/22/71 |
| 10/21/71 | 11 | BEATRICE and BOSWELL (defendants) Response to SCO (Alexander v. NFO, et al) |
| 10/21/71 | 12 | SECRETARY OF AGRIC. response to SCO (Alexander v. NFO) |
| 10/21/71 | 13 | AMPI Response to Show Cause Order. |
| 10/22/71 | 14 & 14A | ASSOCIATED RESERVE STANDBY POOL COOPERATIVE - Response & Brief to SCO. |
| 10/22/71 | 15 | SUN TEX DAIRY, ET AL.; SOUTH TEXAS INDEPENDENT MILK ASSOC.(plaintiffs) response to SCO |

DOCKET NO. 83

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 10-26-71 | 16 MARKETING ASSISTANCE PLAN, INC. Response to SCO and Brief | |
| 10/27/71 | OPINION AND ORDER OF JUDGE MYRON L. GORDON remanding A-2 to State Court (Certified copy). | |
| 10/27/71 | 17. NATIONAL FARMERS' ORGANIZATION, INC. Suggestion that Motion has become moot and response to SCO. | |
| 11/2/71 | ORDER - denying 28 U.S.C. §1407 transfer. Sent to transferor judges, clerks, hearing clerk, all counsel. | |
| 11/13/72 | ORDER TO SHOW CAUSE filed in A-1, B-1, C-1, C-2, D-1 and E-1 through E-9. Notified counsel | |
| 11/24/72 | 18 ASSOCIATED RESERVE STANDBY POOL COOPERATIVE. ~~OMEXXE~~ INC. RESPONSE to SCO w/cert. of service. | |
| 11/27/72 | (19) ASSOCIATED MILK DEALERS, INC. ~~response to SCO~~ w/cert. of service | |
| 11/28/72 | OBERWEIS DAIRY, INC. V. ASSOCIATED MILK PRODUCERS, INC., N.D.ILL C.A. 72C 1404<br>NORRIS FOOD PRODUCTS, INC. V. ASSOCIATED MILK PRODUCERS, S.D.TEX. 72-H-784<br>ORDER to Show Cause entered today. Notified counsel, involved judges. | |
| 11/28/72 | 20 MAP-PETTY-NORRIS response to order to show cause w/cert. of service | |
| 11/28/72 | 21 SUNTEX AND STIMPA joining in response to OSC filed by MAP-PETTY-NORRIS | |
| 11/28/72 | 22 BEATRICE FOODS CO and BOSWELL DAIRIES CO. response to Order to show cause ~~(only 2 copies filed)~~ | |
| 11/29/72 | 23 AMPI response to order to show cause with certidivate of service | |
| 11/29/72 | 24 JOINT RESPONSE OF EWALD BROS, LAND OLAKES, FARMERS COOPERATIVE CREAMERY, WISCONSIN AND MINNESOTA MILK CO. in opposition to transfer w/cert of service | |
| 11/29/72 | 25 ALEXANDER, ET AL. response and brief to OSC w/cert. of service | |
| 11/29/72 | 26 NORTHLAND MILK AND ICE CREAM CO. AND DAIRY DISTRIBUTORS response to OSC, Supporting Averments, Certificate of service and request that in the event of transfer Count III of E-6 and E-7 be remanded to the District of Minn. by the Panel. | |
| 11/29/72 | 27 STATE OF ILLINOIS response to OSC w/cert. of service. | |
| 11/30/72 | 28 NATIONAL FARMERS ORGANIZATION response to ~~MOXXXNXXEEXON~~ OSC w/cert. of service | |
| 11/30/72 | 29 CENTRAL MILD PRODUCERS AND CENTRAL MILK SALES AGENCY response to motion w/cert. of service | |
| 12-1-72 | SUNTEX V. AMPI, S.D. Texas 71-B-26<br>STIMPA V. AMPI, S.D.TEXAS 71-B-27<br>ALEXANDER, V. NFO, W.D.MO, 19191-1<br>Secretary of Agriculture REquest for extension of time<br>ORDER extending to Secretary of Agriculture 12/11/72 to file and serve response to OSC entered 11/13/72 | |
| 12/1/72 | SENTRY FOOD STORES, INC. REQUEST for extension to file - GRANTED | |
| 12/1/72 | 30 SENTRY FOOD STORES, INC. response to OSC w/cert of service. | |
| 12/1/72 | 31 GENESIS GROUP, INC. AND RICHARD H. HANSON (ltr by Hartunian) are in accord with response of SENTRY Food stores w/service. | |
| 12/11/72 | (32) OBERWEIS DAIRY, INC. ~~response to~~ order to show cause w/cert. of service | |
| 12/12/72 | JOHNNIE M. WALTERS request for an extension of ~~time to file~~ and serve response to SCO | |
| 12/13/72 | ORDER - Extending to Johnnie M. Walters 12/29/72 in which to file and serve response to SCO | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 12/14/72 | (33) SECRETARY OF AGRICULTURE response to SCO w/cert. of service. | |
| 1/2/73 | (34) COMMR. OF INTERNAL REVENUE, Response to SCO. | |
| 1/3/73 | HEARING ORDER - Setting litigation for hearing, Jan. 26, 1973 Los Angeles, Calif. Notified counsel, involved judges. | |
| 2/9/73 | CONSENT OF CHIEF JUDGE BECKER, W.D. MO. for JUDGE JOHN W. OLIVER to handle litigation pursuant to 28 U.S.C. §1407 | |
| 2/9/73 | ORDER - Transferring A-1, B-1 through F-2 in the W.D. Missouri for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. §1407. Distribution made. | |
| 2/27/73 | (35) Lawson Milk Co. v. Milk Inc., N.D. Ohio, C73-80 - Request for CTO from plaintiff w/cert. of service. | |
| 2/28/73 | MID-AMERICAN DAIRYMEN, INC. V. PIXY-PAC, MINN, 3-72 Civ. 307 LAWSON MILK CO. v. MILK, INC., N.D. Ohio, C73-80 SHOW CAUSE ORDER entered today. Notified counsel, involved judges. | |
| 3/5/73 | MID-AMERICAN DAIRYMEN, INC. V. PIXY-PAC, MINN, 3-72 Civ. 307 LAWSON MILK CO. V. MILK, INC., N.D. OHIO C-73-80 HEARING ORDER, Washington, D. C., March 23, 1973 Notified counsel, involved judges. | |
| 3/14/73 36 | Lawson Milk Co., etc. v. Milk, Inc., et al., N.D. Ohio, C73-80 Milk, Inc. et al. except ARSPC response to Show Cause Order | |
| 3/15/73 (37) | Lawson Milk Co. response to show cause order, brief, and affidavit cert. of service. | |
| 3/15/73 | (38) Pixy-Pac response to order to show cause w/cert of service. | |
| 3/16/73 | (39) Land O'Lakes response to order to show cause w/cert. of service | |
| 3/16/73 | (40) ASSOCIATED RESERVE STANDBY POOL COOPERATIVE response to show cause order w/cert. of service. | |
| ~~3/20/73~~ | ~~JUDGE FINESILVER letter with enclosures suggesting remand of certain claims in KKK GROSS v. BLYTH, D. COLO. 3979~~ | |
| ~~3/20/73~~ | ~~GROSS v. BLYTH, D. COLO. C-3979 Conditional Remand Order entered today. Conditionally remanding certain claims against Blyth & Co.; Reuben D. Getz, Thomas E. Morris, Robert Kelly and Robert Staley. Notified counsel, involved judges.~~ | |
| ~~3/20/73~~ | | |
| 3/20/73 | (41) MID-AMERICA DAIRYMEN response to show cause order, brief, and certificate of service | |
| 3/21/73 | Supplemental certificate of service from Milk, Inc. (Pleading No. 36) | |
| 4/3/73 | MID-AMERICA DAIRYMEN, INC. V. PIXY-PAC, MINN, 3-72 ORDER - transferring action to W.D. Missouri and assigning action to Judge Oliver. Notified counsel, transferee judge, transferor judge and clerks | |
| 4/3/73 | NORTHLAND MILK AND ICE CREAM CO. V. MID AMERICA DAIRYMAN, INC. W.D. Missouri, 73 CV85W-1 DAIRY DISTRIBUTORS, INC. V. MID-AMERICA DAIRYMEN, INC., W.D. MISSOURI 73-CV-86-W ORDER - remanding Count III of the complaints and Count II of defendants counterclaims to the District of Minnesota for proceedings. Notified counsel, transferee judge, transferor judge and clerks | |
| 7/17/73 | LAWSON MILK CO. V. MILK, INC., N.D. OHIO - C73-80 ML ORDER - transferring action from N.D. Ohio to W.D. ~~Okla.~~ pursuant to 28 U.S.C. §1407 - Notified Clerks, Counsel (Attorney Service List) involved judges. | |

pg-4

| Date | Pleading Number | |
|---|---|---|
| 5/20/74 | | OPINION AND ORDER transferring the litigation to the W.D. ~~Oklahoma~~ Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 and order of Feb. 9, 1973 |
| 5/21/74 | | ~~X~~ THE LAWSON MILK CO. V. MILK, INC., N.D.OHIO, C-73-80 Opinion and Order transferring action to the W.D. Missouri for coordinated or consolidated pretrial proceeding pursuant to 28 U.S.C. §1407 and~~xx~~ in accordance with transfer order of Jul 17, 1973 |
| 6/21/74 | | MARKETING ASSISTANCE PLAN, INC., ET AL. V. EARL L. BUTZ., S.D.TEX 74-H-728 -- CTO entered today. ~~Notified counsel, involved judges~~ |
| 7/9/74 | | MARKETING ASSISTANCE PLAN, INC., ET AL. V. EARL L. BUTZ, S.D.Tex 74-H-728 -- CTO final today. Notified clerks, involved judges |
| 8/26/74 | | GEORGE H. BOYD V. AMPI, E.D.TEXAS TX-74-80-CA CTO entered today. Notified counsel and involved judges. |
| 8/30/74 | | MILK, INC. V. THE KEYSTONE DAIRY CO., ET AL., W.D.PA., 74-614 CTO entered today. Notified counsel, involved judges. |
| 9/11/74 | | BOYD V. AMPI, E.D. TEX., TX-74-80-CA -- CTO final today. Notified clerks, involved judges. |
| 9/16/74 | | MILK, INC. V. THE KEYSTONE DAIRY CO., ET AL., W.D.PA., 74-614 ~~CTO final today. Notified clerks, involved judges.~~ |
| 9/20/74 | 42 | MILK, INC. V. THE KEYSTONE DAIRY CO., ET AL. W.D. PA. 74-614 NOTICE OF OPPOSITION RECEIVED FROM MILK INC. ORDER - stating that opposition should have reached the Court in time for filing prior to 9/16/74 and directing that the Clerk of the W.D. Missouri return CTO to this Court for further proceedings. |
| 9/23/74 | | SCHEPPS DAIRY, INC. V. AMPI, N.D.TEX CA3-74-790-F CTO entered today. Notified counsel, involved judges. |
| 10/1/74 | 43 | MILK, INC. V. THE KEYSTONE DAIRY CO., ET AL. W.D.PA. 74-614 Plaintiff Milk, Inc. motion and brief to vacate CTO |
| 10/8/74 | | SCHEPPS DAIRY, INC. V. AMPI, N.D.TEX CA3-74-790-F CTO final today. Notified clerks involved judges |
| 10/17/74 | 44 | RESPONSE - KEYSTONE DAIRY CO. to Milk, Inc. motion and breif to vacate Aug. 30, 1974 CTO. w/cert. of service |
| 10/18/74 | 45 | RESPONSE - LAWSON MILK CO. w/cert. of service |
| 10/30/74 | | HEARING ORDER -- Setting G-5 Milk, Inc. v. Keystone Dairy, W.D. Penna., C.A. No. 74-614 -- Plaintiff's opposition to conditional transfer order -- Nov. 22, 1974 Washington, D. C. |
| 11/14/74 | 46 | SUPPLEMENTAL BRIEF -- Milk Inc., w/cert. of service |
| 11/20/74 | 47 | SUPPLEMTAL RESPONSE -- KEYSTONE DAIRY AND LAWSON MILK to strike Supplemental Brief (46) of Milk, Inc. |
| 1/16/75 | 48 | SUPPLEMENTAL RESPONSE -- Keystone Dairy Co. |
| 1/22/75 | | Certificate of Service for pleading No. 48. |
| 1/22/75 | | MILK, INC. V. THE KEYSTONE DAIRY CO., ET AL., W.D.PA. 74-614 OPINION AND ORDER lifting stay and transfering action to W.D. Mo. pursuant to 28 U.S.C. §1407. |
| 1/23/75 | | CTO FILED -- Leo Augle d/b/a Leo's Dairy Svc., et al. v. Associated (G-1) Milk Producers, Inc., et al., N.D. Ill., No. 74C3711 Notified counsel and involved judges. |
| 2/10/75 | | LEO AUGLE V. AMPI, N.D.ILL, 74C3711 CTO final today. Notified transferee judge, clerk, involved judg e, clerk |

Pg. 5

| Date | Pleading Number | |
|---|---|---|
| 3/24/75 | | FOREMOST-MCKESSON V. AMPI, N.D.TEX., CA3-74-1220-F |
| | | ORDER TO SHOW CAUSE filed today. Notified counsel, involved judges. |
| 4/2/75 | | FOREMOST-MCKESSON V. AMPI, N.D.TEX., CA3-74-1220-F |
| | | HEARING ORDER -- Setting OSC for hearing April 25, 1975 |
| | | Washington, D.C. -- Notified counsel, involved judges |
| 4/8/74 | 49 | RESPONSE -- Associated MilkProducers Inc. to SCO w/cert. of servicd |
| 4/10/75 | 50 | RESPONSE -- Foremost McKesson, INc. response to SCT w/cert. of service |
| 7/9/75 | | OPINION AND ORDER transferring Foremost McKession v. AMPI, N.D. Tex |
| | | to the W.D. Missouri for coordinated or consolidated pretrial |
| | | Proceedings under 28 U.S.C. §1407 for assignment toJudge Oliver |
| 6/9/76 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- Notified counsel, involved |
| | | judges |
| | | H-1  Alfred L. Hughes v. Associated Milk Producers, Inc., et al., |
| | | N.D. Illinois, Civil Action No. 76C1652 |
| | | H-2  Rudy Salehar, et al. v. Associated Milk Producers, Inc., |
| | | et al., N.D. Illinois, Civil Action No. 76C1606 |
| 6/28/76 | | H-1 HUGHES V. AMPI, ET AL., N.D.ILL, 76C1652 |
| | | H-2 SALEHAR, ET AL. V. AMPI, ET AL., N.D.ILL, 76C1606 |
| | | CTO final today. Notified clerks, involved judges |
| 2/22/77 | 51 | H-3 The Page Dairy Co. v. Milk, Inc., et al., N.D. OH, C75-439 |
| | | MOTION, BRIEF -- Defendants MILK, INC., ET AL. to transfer |
| | | action to the W.D.Mo. under 28 U.S.C. §1407 |
| 3/9/77 | | REQUEST FOR EXTENSION -- PAGE Dairy Co. -- Granted to March 21, 1977 |
| 3/24/77 | 52 | RESPONSE -- PAGE DAIRY CO. w/cert. of service |
| 3/28/77 | | HEARING ORDER -- Setting H-3 Page Dairy v. Milk, Inc., et al. N.D. |
| | | Ohio, C.A. No. C75-439 for hearing -- April 22, 1977 |
| | | Los Angeles, Calif. |
| 4/13/77 | 53 | REPLY BRIEF IN SUPPORT OF MOTION FOR TRANSFER -- Milk, Inc. w/cert. of |
| | | service. |
| 4/19/77 | | WAIVER OF ORAL ARGUMENT -- Milk, Inc. for 4/22/77 hearing in |
| | | Los Angeles, California. |
| 4/19/77 | | WAIVER OF ORAL ARGUMENT -- The Page Dairy Company for 4/22/77 hearing |
| | | in Los Angeles, California. |
| 8/2/77 | | H-4 AMPI v. Certified grocers of Illinois, Inc., W.D. WI, 77C60 |
| | | H-5 Central Milk Producers Cooperative c. Certified Grocers of ILL, |
| | | W.D. Wi, 77C95 |
| | | CTOs filed today. Notified counsel, involved judges |
| 8/11/77 | | JUDGE OLIVERS ORDER REMANDING THE FOLLOWING ACTION:  Oberweis Dairy |
| | | v. Associated Milk Producers, Inc., W.D. Missouri, 73CV81-W-1 |
| 8/11/77 | | F-1 Oberweis Dairy v. AMPI, W.D. Missouri 73CV81-W-1 |
| | | CONDITIONAL REMAND ORDER FILED TODAY. NOTIFIED COUNSEL, INVOLVED |
| | | JUDGE. |
| 8/11/77 | 54 | MOTION BRIEF, CERT. OF SERVICE to transfer H-6 Westmoreland |
| | | Farm Dairy Inc. v. AMPI, S.D. Texas, 74-H-543 --Westmoreland Farm, |
| | | Inc. to the W.D. Missouri for assignment to J. Oliver under |
| | | 28 U.S.C. §1407 |
| 8/15/77 | | H-4 AMPI v. Certified Grocers of Illinois, Inc., W.D.Wis., 77C60 |
| | | H-5 Central Milk Producers Cooperative v. Certified Grocers of Illinois |
| | | W.D. Wisc., 77C95 --NOTICE OF OPPOSITION TO CTOs filed today-- |
| | | CERTIFIED GROCERS OF ILLINOIS -- |
| 8/18/77 | | H-3 PAGE DAIRY CO. V. MILK, INC., ET AL., N.D.OHIO, 75-439 |
| | | OPINION AND ORDER filed today transferring action to the W.D. Mo. |
| | | under 28 U.S.C. §1407 |
| 8/18/77 | | H-4 anxxxxx NOTICE OF OPPOSITION -- ASSOCIATED MILK PRODUCERS, INC. |
| 8/19/77 | 55 | RESPONSE -- H-6 Borden, Inc. w/cert of service |

JPML FORM 1A -- Continuation          DOCKET ENTRIES -- p. **6**

DOCKET NO. 83 -- IN RE MIDWEST MILK MONOPOLIZATION LITIGATION

| Date | No. Code | |
|---|---|---|
| 8/26/77 | | NOTICE OF OPPOSITION TO CRO -- (F-1) Oberweis Dairy, Inc. v. Associated Milk Producers, Inc., et al., W.D. Missouri, C.A.# 73CV81-W-1 -- Plaintiff Oberweis Dairy, Inc. |
| 8/26/77 | 56 | RESPONSE -- Associated Milk Producers, Inc. w/cert. of service. |
| 8/31/77 | 57 | MOTION, BRIEF TO VACATE CTO -- Certified Grocers of Illinoin Inc. w/cert. of svc. |
| 9/20/77 | | LETTER WITHDRAWING OPPOSITION TO F-1 |
| 9/20/77 | | ORDER -- Lifting Stay of CRO F-1 OBERWEIS DAIRY, INC. V. ASSOC. MILK PRODUCERS, INC., ET AL., W.D.MO., 73CV81-W-1 REMANDING ACTION UNDER 28 U.S.C. §1407 to the N.D. Ill. |
| 9/23/77 | 58 | RESPONSE, BRIEF -- Plaintiffs Central Milk Producers Cooperative, etal w/cert. of svc. |
| 10/7/77 | | HEARING ORDER -- setting H-4 and H-5 for hearing, October 28, 1977 in New York, New York ( AND H-6) |
| 10/26/77 | | WAIVER OF ORAL ARGUMENTS FOR OCT. 28, 1977 Hearing -- H-6 Associated Milk Producers, Inc., H- 4 and H-5 Certified Grocers of Illinois |
| 10/26/77 | | WAIVER OF ORAL ARGUMENTS FOR OCT. 28, 1977 Hearing for ~~Certified Grocers~~ H-4 and H-5  Associated Milk Producers, Inc. and Central Milk Producers Cooperative. |
| 10/27/77 | | WAIVER OF ORAL ARGUMENT -- Westmoreland Farm Dairy, Inc. for hearing held on Oct. 28, 1977 in New York, New York |
| 12/7/77 | | OPINION AND ORDER -- Denying transfer of H-6 -- Transferring H-4 and H-5 pursuant to §1407 for coordinated or consolidated pretrial proceedings. |

ORIGINAL DOCKET ENTRIES LOST — Recreated from ~~official file~~ and orders folder

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 83 -- IN RE MIDWEST MILK MONOPOLIZATION LITIGATION

| | |
|---|---|
| 77/12/07 | OPINION AND ORDER -- DENYING transfer of Westmoreland Farm Dairy, Inc. v. Associated Milk Producers, Inc., et al., S.D. Texas, CA# 74-H-543; AND TRANSFERRING Associated Milk Producers, Inc. v. Certified Grocers of Illinois, Inc., W.D. Wisconsin, CA# 77 C 60 and Central Milk Producers Cooperative v. Certified Grocers of Illinois, Inc., W.D. Wisconsin, CA# 77 C 95 -- Notified involved judges, clerks and counsel |
| 79/10/23 | ORDER TO SHOW CAUSE re Page Milk Co., et al. v. Associated Milk Producers, Inc., E.D. Wisconsin, C.A. No. 75-C-238 -- Notified Involved counsel and judges |
| 79/11/02 | HEARING ORDER -- Page Milk Co., et al. v. Associated Milk Producers, Inc., E.D. Wisconsin, CA# 75-C-238 -- Notified Involved judges and counsel and clerks |
| 79/01/29 | OPINION AND ORDER - Vacating 10/23/79 Order to Show Cause -- Notified Involved Judges Clerks and Counsel . |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 83 -- IN RE MIDWEST MILK MONOPOLIZATION LITIGATION

| Date | No. | Pleading Description |
|---|---|---|
| 86/12/16 | 59 | SUGGESTION FOR REMAND FROM JUDGE OLIVER FOR REMAND OF E-5 -- Ewald Bros., Inc. v. Mid-America Dairymen, Inc., W.D. Missouri, C.A. No. 73-CV-84-W-1 (D. Minn., C.A. No. 4-72-CIV-153) to the District of Minnesota. (tmq) |
| 86/12/16 | | CONDITIONAL REMAND ORDER FILED TODAY E-5 -- Ewald Bros., Inc. v. Mid-America Dairymen, Inc., W.D. Missouri, C.A. No. 73-CV-84-W-1 (D. Minn., C.A. No. 4-72-CIV-153). Notified involved counsel and judge. (tmq) |
| 87/01/05 | | CONDITONAL REMAND ORDER FINAL TODAY -- Ewald Bros., Inc. v. Mid-America Dairymen, Inc., W.D. Missouri, C.A. No. 73-CV-84-W-1 (D. Minn., C.A. No. 4-72-CIV-153) -- Notified involved judges and clerk. (tmq) |

*Minute Order 2/9/73*
*Opinion and Order 5/20/74 379 F Supp 989*
*Opinion and Order 5/31/74 379 F Supp 992 (same)*

**DOCKET NO.** 83

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*O&O 1/22/75 — 386 F Supp 1401*

Description of Litigation  *Computer ID Code 866*

*O&O 2/9/75  398 F Supp 676*   *O&O 1/29/80 483 F Supp 823*
*O&O 8/19/77 435 F Supp 930*

IN RE MIDWEST MILK MONOPOLIZATION LITIGATION
*W.D. Missouri, Judge John W. Oliver*

*12/7/77  441 F Supp 930*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Robert B. Alexander, et al. v. The National Farmers Organization, et al. | W.D. Mo. 19191-1 | NT Oliver | NTN 2/9/73 | 1/29/81 dis Motion |
| A-2 | Pure Milk Products Co-Operative, et al. v. The National Farmers Organization, et al. *REMANDED TO STATE COURT BY Judge Gordon (SEE BELOW)* | E.D. Wisc. 71-C-467 | Gordon | (*) | Motion |
| B-1 | Marketing Assistance Plan, Inc., et al. v. Associated Milk Producers, Inc. | S.D. Texas CA71-H-841 | Seals | 2/9/73 | SCO 9/29/71 |
| C-1 | Sun Tex Dairy, et al. v. Associated Milk Producers, Inc., et al. 9/21/73 | S.D. Texas 71-B-26 | Garza | 2/9/73 | SCO 10/8/71 Brownsville |
| C-2 | South Texas Independent Milk Producers Association v. Associated Milk Producers Inc., et al. *dismiss 9/21/73* | S.D. Texas 71-B-27 | Garza | 2/9/73 | SCO 10/8/71 Brownsville |
| D-1 | Dane O. Petty, d/b/a Petty Dairy, et al. v. Associated Milk Producers, Inc. | S.D. Texas 70-H-319 | Singleton | 2/9/73 | DIS. Houston 3/19/77 |
| E-1 | Richard H. Hansen, et al. v. Associated Milk Producers, Inc., et al. | N.D. Ill. 72 C 1042 | Parsons | 8/1/73 | 2/26/73 |
| E-2 | State of Illinois, et al. v. Associated Milk Producers, Inc., et al. | N.D. Ill. 72 C 661 | Bauer | 2/9/73 | DIS 8/27/82 |
| E-3 | Genesis Group, Inc., etc. v. Associated Milk Products, Inc., et al.  *dism. 4/14/81* | N.D. Ill. 72 C 934 | Marovitz | 2/9/73 | 4/14/81 D |
| E-4 | Sentry Food Stores, Inc., etc. v. Associated Milk Producers, Inc., et al. | N.D. Ill. 72 C 888 | Robson | 2/9/73 | 6/30/73 D |

(*) Remanded to state court by Judge Gordon. See official file (10/27/71 entry on docket sheet)

| | United States v. Associated Milk Producers | W.D. Mo. 74CV80-W-1 | | | |
|---|---|---|---|---|---|

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-5 | Ewald Bros, Inc., etc. v. Mid-America Dairymen, Inc., et al. | Minn. Neville | 4-72-Civ-153 | 2/9/73 | | 6/30/80 | |
| E-6 | Northland Milk & Ice Cream Co. v. Mid-America Dairymen, Inc. | Minn. Neville | 4-72-Civ-27 | 2/9/73 | | dismissed 3/19/75 | |
| E-7 | Dairy Distributors, Inc. v. Mid-America Dairymen, Inc. | Minn. Neville | 4-72-Civ-114 | 2/9/73 | | dismissed 5/9/75 | |
| E-8 | Townley's Diary Co. v. Associated Milk Producers, Inc. | W.D.Okla. Bohanon | Civ-72-167 | 2/9/73 | 73 Civ. W-1 | 4/30/77 2/21 | |
| E-9 | Hyde Park Dairies, Inc. v. Associated Milk Producers, Inc. | Kansas | W-4917 | 2/9/73 | 73 Civ. W-1 | 4/6/81 | |
| F-1 | Oberweis Dairy, Inc. v. Associated Milk Producers, Inc. | N.D.Ill Bauer | 72 C 1404 | Remanded | | 9/20/72 | OSC 11/28/72 |
| F-2 | Norris Food Products, Inc. v. Associated Milk Producers | S.D.Tex Singleton | 72-H-784 | 2/9/73 | | 6/23/75 | OSC 11/28/72 |
| | transfer to W.D. Mo. 2/9/73 | | | | | | |
| G-1 | Mid-American Dairymen, Inc. v. Pixy-Pac, Inc. (Counterclaim against Farmers Cooperative Creamery et al still pending) | Minn | 3-72 Civ. 307 16 Civ. | 4/3/73 6/30/73 | 73CV295-W-1 | dismissed 3/2/76 DIS 3/18/74 (ALL) | SCO 2/28/73 SCO 2/28/73 |
| G-2 | The Lawson Milk Co. Div. of Consolidated Foods Corp. v. Milk, Inc., et al. | N.D. Ohio Green | C73-80 | 7/17/73 6/30/73 | 73CV407-W-1 | 7/3/80 | |
| G-3 | Marketing Assistance Plan, Inc. v. Earl L. Butz  6/21/74 | S.D.Tex Bue | 74-H-728 | 7/9/74 | 74CV367-W-1 | DIS 3/11/77 (ALL) | |
| G-4 | George H. Boyd, et al. v. Associated Milk Producers, Inc.  8/26/74 | E.D.Tex Fisher Steger | TX-74-80-CA | 9/11/74 | 74CV532-W-1 | 6/30/80 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| G-5 | Milk, Inc v. The Keystone Dairy Co., et al. 8/30/74 OPPOSE Gourley | W.D.Pa. | 74-614 | 1/22/75 | 75CW76-W-1 | 7/3/80 | |
| G-6 | Schepps Dairy, Inc. v. Associated Milk Producers, Inc. 9/23/74 | N.D.Tex | CA3-74-790-F | 10/8/74 | 74CU603-W-1 | 12/5/78 | 10/2/74 |
| G-7 | Aero Augle d/b/a Leo's Dairy Service v. Associated Milk Producers, Inc. 1/22/75 | N.D.Ill Decker | 74C3711 | 2/10/75 | 75CV146-W-1 | 6/30/80 | SCO 3/24/75 |
| G-8 | Foremost-McKesson, Inc. v. Associated Milk Producers, Inc. OSC 3/24 | N.D.Tex Porter | CA3-74-1220 | 2/9/75 | 75C0572-W-1 | 3/30/76 July 1976 | |
| | | Transfer XYZ | 22/3 24 4 20 | | 25 2 27 (8) 27 | | |
| H-1 | Alfred L. Hughes d/b/a Alfred L. Hughes & Sons v. Associated Milk Producers, Inc., et al. 6/9/76 | N.D.Ill Decker | 76C1652 | 6/28/76 | 76CU449-W-1 | 6/30/80 | |
| H-2 | Rudy Salehar, et al. v. Associated Milk Producers, Inc., et al. 6/9/76 | N.D.Ill Decker | 76C1606 | 6/28/76 | 76CU448-W-1 | 6/30/80 | |
| | Correct per 7/1/76 Oct 1, 1976 | | | July 1977 - Tr XYZ | 25 27 16 | | |
| H-3 et al | The Page Dairy Co. v. Milk, Inc., et al | N.D.Oh Walinski | C75-439 | 8/18/77 | 77-0657CV-W-1 | 7/3/80 | |

DOCKET NO. 83 -- In re Midwest Milk Monopolization Litigation

| Caption | Tr'r Dist. & C.A.No. | Tr'e date & Mo.,W. C.A.No. | Dispo. & Date |
|---|---|---|---|
| Robert B. Alexander, et al. v. The National Farmers Organization, et al. | Mo.,W. 19191-1 | N/A N/A | Dism. 1/29/81 |
| Marketing Assistance Plan, Inc., et al. v. Associated Milk Producers, Inc. | Tex.,S. 71-H-841 | 2/9/73 73CV72W-1 | Dism. 12/17/76 |
| Sun Tex Dairy, et al. v. Associated Milk Producers, Inc., et al. | Tex.,S. 71-B-26 | 2/9/73 73CV73W-1 | Dism. 9/21/73 |
| South Texas Independent Milk Producers Association v. Associated Milk Producers, Inc., et al. | Tex.,S. 71-B-27 | 2/9/73 73CV74W-1 | Dism. 9/21/73 |
| Duane O. Petty, d/b/a Petty Dairy, et al. v. Associated Milk Producers, Inc. | Tex.,S. 70-H-319 | 2/9/73 73CV75W-1 | Dism. 3/14/77 |
| Richard H. Hanson, et al. v. Associated Milk Producers, Inc., et al. | Ill.,N. 72C1042 | 2/9/73 73CV77W-1 | Dism. 8/1/77 |
| State of Illinois, et al. v. Associated Milk Producers, Inc., et al. | Ill.,N. 72C661 | 2/9/73 73CV78W-1 | Dism. 8/27/82 |
| Genesis Group, Inc., etc. v. Associated Milk Products, Inc., et al. | Ill.,N. 72C934 | 2/9/73 73CV79W-1 | Dism. 4/14/81 |
| Sentry Food Stores, Inc., etc. v. Associated Milk Producers Inc., et al. | Ill.,N. 72C888 | 2/9/73 73CV80W-1 | Dism. 6/30/77 |
| United States of America v. Associated Milk Producers | Mo.,W. 74CV80-W-1 | N/A N/A | Dism. ? |
| Ewald Bros., Inc., etc. v. Mid-America Dairymen, Inc., et al. | Minn. 4-72-Civ-153 | 2/9/73 73CV84W-1 | Dism. 6/30/80 |
| Northland Milk & Ice Cream Co. v. Mid-America Dairymen, Inc. | Minn. 4-72-Civ-27 | 2/9/73 73CV85W-1 | Dism. 3/14/75 |
| Dairy Distributors, Inc. v. Mid-America Dairymen, Inc. | Minn. 4-72-Civ-114 | 2/9/73 73CV86W-1 | Dism. 5/9/75 |

p.2

| Caption | Tr'r Dist. & C.A.No. | Tr'e date & Mo.,W. C.A.No. | Dispo. & Date |
|---|---|---|---|
| Townley's Dairy Co. v. Associated Milk Producers, Inc. | Okla., W. Civ-72-167 | 2/9/73 73CV83W-1 | 1404 to Okla.,W. |
| Hyde Park Dairies, Inc. v. Associated Milk Producers, Inc. | Kan. W-4917 | 2/9/73 73CV82W-1 | Dism. 4/6/81 |
| Oberweis Dairy, Inc. v. Associated Milk Producers, Inc. | Ill., N. 72 C 1404 | 2/9/73 73CV87W-1 | Remanded 9/20/77 |
| Norris Food Products, Inc. v. Associated Milk Producers | Tex., S. 72-H-784 | 2/9/73 73CV76W-1 | Dism. 6/23/75 |
| Mid-America Dairymen, Inc. v. Pixy-Pac, Inc. | Minn. 3-72-Civ-307 | 4/3/73 73CV295W-1 | Dism. 3/18/74 |
| Lawson Milk Co. (Consolidated Foods) v. Milk, Inc. et al. | Ohio, N. C73-80 | 7/17/73 73CV407W-1 | Dism. 7/3/80 |
| Marketing Assistance Plan, Inc. v. Earl L. Butz | Tex., S. 74-H-728 | 7/9/74 74CV367W-1 | Dism. 3/11/77 |
| George H. Boyd, et al. v. Associated Milk Producers, Inc. | Tex., E. TX-7480-CA | 9/11/74 74CV532W-1 | Dism. 6/31/81 |
| Milk, Inc. v. The Keystone Dairy Co., et al. | Pa.,W. 74-614 | 1/22/75 75CV76W-1 | Dism. 7/3/80 |
| Schepps Dairy, Inc. v. Associated Milk Producers, Inc. | Tex.,N. CA3-74-790-F | 10/8/74 74CV603W-1 | Dism. 12/5/78 |
| Aero Augle d/b/a Leo's Dairy Service v. Associated Milk Producers, Inc. | Ill.,N. 74C3711 | 2/10/75 75CV146W-1 | Dism. 6/30/80 |
| Foremost-McKesson, Inc. v. Associated Milk Producers, Inc. | Tex.,N. 3-740-1220 | 7/9/75 75CV572W-1 | Dism. 3/30/76 |
| Alfred L. Hughes d/b/a/ Alfred L. Hughes & Sons v. Associated Milk Producers, Inc., et al. | Ill.,N. 76C1652 | 6/28/76 76CV449W-1 | Dism. 6/30/80 |
| Rudy Salehar, et al. v. Associated Milk Producers, Inc., et al. | Ill.,N. 76C1606 | 6/28/76 76CV448W-1 | Dism. 6/30/80 |

| Caption | Tr'r Dist. & C.A.No. | Tr'e date & Mo.,W. C.A.No. | Dispo. & Date |
|---|---|---|---|
| The Page Dairy Co. v. Milk, Inc. | Ohio,N. 75-439 | 8/18/77 77CV657W-1 | Dism. 7/3/80 |
| Associated Milk Producers, Inc. v. Certified Grocers of Illinois, Inc. | Wis.,W. 77C60 | 12/7/77 77CV895W-1 | Dism. 3/1/82 |
| Central Milk Producers Cooperative v. Certified Grocers of Illinois, Inc. | Wis.W. 77C95 | 12/7/77 77CV896W-1 | Dism. 3/1/82 |